| PROB.22 (Rev. 2/88) **TRANSFER OF JURISDICTION** | | | DOCKET NUMBER (Tran. Court) 1:95CR10099-003 |
|---|---|---|---|
| | | | DOCKET NUMBER (Rec. Court) CR 07-096-01 T |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br>Alexander Miranda<br>Providence, Rhode Island 02860 | DISTRICT<br>MASSACHUSETTS | | DIVISION<br>PROBATION |
| | NAME OF SENTENCING JUDGE<br>William G. Young | | |
| | DATES OF PROBATION / SUPERVISED RELEASE | FROM:<br>05/25/06 | TO:<br>05/24/11 |
| OFFENSE<br>Conspiracy to Distribute Heroin, Attempt to Distribute Heroin and Money Laundering | | | |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **MASSACHUSETTS**.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee name above be transferred with the records of this Court to the United States District Court for the **DISTRICT OF RHODE ISLAND** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further Inquiry of this Court.*

May 2, 2007 William G. Young

*Date* *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **RHODE ISLAND**

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 3, 2007 Mary M. Lisi

*Date* *Chief United States District Judge*