UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>1. KEITH PINSON<br>2. ROBERT CONLEY<br>3. ALEXANDER MIRANDA, a/k/a "A-DOG," a/k/a "ALEX GOMES," a/k/a "ALEXANDER ROSE"<br>4. PHILLIP EDWARDS<br>5. JOSE SOSA<br>6. COREY WEST<br>7. TROY WEST<br>8. EDWARD ELLIOT<br>9. KENNETH WAY<br>10. DEBORAH SERRET<br>11. LAURISTON EDWARDS<br>12. SANDRA EDWARDS<br>13. SPOOKY THOMPSON<br>14. PAMELA McCULLOUGH, a/k/a "OLIVE KEIZER"<br>15. ROBERT WALKER, a/k/a "NEW YORK ROB"<br>16. ROSELIO FORTUNATO, a/k/a "ZEKE"<br>17. DONALD CLEVELAND, a/k/a "TROY"<br>18. DEVELL RANGE<br>19. THOMAS MORRIS, a/k/a "BUBBA"<br>20. DAVID HALL, a/k/a "SMURF"<br>21. WILLIAM FARRIOR, a/k/a "DOLLAR BILL"<br>22. TERRANCE WASHINGTON, a/k/a "PIMP DOG"<br>23. SONJI CROWDER<br>24. DAVID PARKER, a/k/a "TROY"<br>25. DINO GOMES<br>26. JOHN SANTOS<br>27. RAYMOND MELIA<br>28. LEAH GOMES<br>29. STEVEN MELIA<br>30. WILLIAM BLAKE<br>31. DANA ROGERS, a/k/a "MOE D"<br>32. JOHN DOE, a/k/a "GARY JOHNSON" | ) | CRIMINAL NO.<br><br>VIOLATIONS:<br><br>21 U.S.C. § 846 - Conspiracy To Distribute Heroin<br><br>21 U.S.C. § 846 - Attempt To Distribute Heroin<br><br>21 U.S.C. § 841(a) - Distribution Of Heroin<br><br>21 U.S.C. § 853 - Criminal Forfeiture<br><br>18 U.S.C. § 1956(a) - Money Laundering<br><br>18 U.S.C. § 2 - Aiding And Abetting |

I hereby certify on 7/9/2007 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on
☒ original filed in my office on 3/23/1995
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: [signature]
Deputy Clerk

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

## INDICTMENT

**COUNT 1: (21 U.S.C. § 846 - Conspiracy To Distribute Heroin)**

The Grand Jury charges that:

From a time unknown to the Grand Jury, but at least by in or about 1987, and continuing thereafter to in or about March, 1995, at Boston, Framingham and elsewhere in the District of Massachusetts, at Providence, Pawtucket and elsewhere in the District of Rhode Island, at New York City and elsewhere in the Eastern District of New York and the Southern District of New York, at Atlanta and elsewhere in the Northern District of Georgia, and elsewhere,

1. KEITH PINSON
2. ROBERT CONLEY
3. ALEXANDER MIRANDA, a/k/a "A-DOG," a/k/a "ALEX GOMES," a/k/a "ALEXANDER ROSE"
4. PHILLIP EDWARDS
5. JOSE SOSA
6. COREY WEST
7. TROY WEST
8. EDWARD ELLIOT
9. KENNETH WAY
10. DEBORAH SERRET
11. LAURISTON EDWARDS
12. SANDRA EDWARDS
13. SPOOKY THOMPSON
14. PAMELA McCULLOUGH, a/k/a "OLIVE KEIZER"
15. ROBERT WALKER, a/k/a "NEW YORK ROB"
16. ROSELIO FORTUNATO, a/k/a "ZEKE"
17. DONALD CLEVELAND, a/k/a "TROY"
18. DEVELL RANGE
19. THOMAS MORRIS, a/k/a "BUBBA"
20. DAVID HALL, a/k/a "SMURF"
21. WILLIAM FARRIOR, a/k/a "DOLLAR BILL"
22. TERRANCE WASHINGTON, a/k/a "PIMP DOG"
23. SONJI CROWDER
24. DAVID PARKER, a/k/a "TROY"
25. DINO GOMES
26. JOHN SANTOS
27. RAYMOND MELIA
28. LEAH GOMES
29. STEVEN MELIA

30. WILLIAM BLAKE
31. DANA ROGERS, a/k/a "MOE D"
32. JOHN DOE, a/k/a "GARY JOHNSON"

defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute, and to distribute quantities of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

**PURPOSE OF THE CONSPIRACY**

KEITH PINSON, ROBERT CONLEY, PHILLIP EDWARDS and ALEXANDER MIRANDA formed a loose confederation for the primary purpose of, among other things, pooling their resources, including money, workers, and customers, to coordinate their heroin distribution activities and thereby increase their profits.

**MANNER AND MEANS OF THE CONSPIRACY**

**The Boston Heroin Operation**

1. Beginning at least in or about 1987, KEITH PINSON and ROBERT CONLEY agreed to purchase heroin together and to distribute it in the Boston, Massachusetts area.

2. KEITH PINSON and ROBERT CONLEY recruited workers to assist them in distributing heroin, including EDWARD ELLIOT, KENNETH WAY, COREY WEST, TROY WEST, Selvin Brown and others.

3. KEITH PINSON and ROBERT CONLEY loosely referred to their heroin organization as "HQB" or "Headquarters Block".

4. HQB initially sold heroin at street-level locations in the vicinity of Norwell Street, Morse Street, Washington Street,

Erie Street, and Strathcoma Street in Dorchester, Massachusetts. At their distribution locations, HQB members stored packaged bags of heroin in PVC pipes which workers buried in the ground to conceal the heroin from law enforcement authorities and others.

5. An initial group of workers including EDWARD ELLIOT, COREY WEST, KENNETH WAY and others delivered heroin to customers. HQB sold heroin by the bag, in units of ten bags known as "bundles" or "babes", and in units of fifty bags known as "bricks" or "browns".

6. HQB placed ink stamp labels on the bags to designate its heroin for its customers. Those labels frequently were changed and included the following names and logos among others: "NAUGHTY BY NATURE," "STOP 911," "POWER 95," "SUPER POWER," "AK-47," "LIVING DEAD ZOMBIE," "FIRE FIRE," "J30," "SECRET," "HULK," "M-SQUAD," "SUPER 93," "3:00 DOPE," "BODYGUARD," "EXCELLENT," "THACHRONIC," "HI FI," "OBSESSION," "TYSON," "UPTOWN," "BRONX TALK," "NEW YORK," "MAGIC," "SUNSET," "POETIC JUSTICE," "DIAMOND," "JUNGLE FEVER".

7. Various HQB members possessed firearms to protect the drug distribution business, including Selvin Brown, who worked in a security capacity as an "enforcer" for the organization.

8. At a date unknown to the grand jury, but at least by in or about 1989, ALEXANDER MIRANDA and PHILLIP EDWARDS joined HQB and purchased heroin with KEITH PINSON and ROBERT CONLEY for distribution in the Boston area.

9. Thereafter, ALEXANDER MIRANDA, assisted by DEBORAH SERRET, added a heroin distribution location in the vicinity of Geneva Avenue and Columbia Road in Dorchester, Massachusetts.

10. After ALEXANDER MIRANDA and PHILLIP EDWARDS joined HQB, the organization added numerous workers and increased its distribution of heroin. The additional workers included TROY WEST, LAURISTON EDWARDS, SANDRA EDWARDS, SPOOKY THOMPSON, PAMELA McCULLOUGH, ROBERT WALKER, ROSELIO FORTUNATO, DONALD CLEVELAND, DEVELL RANGE, THOMAS MORRIS, DAVID HALL, WILLIAM FARRIOR, TERRANCE WASHINGTON, SONJI CROWDER, DAVID PARKER, DANA ROGERS, JOHN DOE, a/k/a "GARY JOHNSON" and others.

11. Many of the new workers sold heroin at street-level locations in the vicinity of Morse Street including DEVELL RANGE, THOMAS MORRIS, DAVID HALL, WILLIAM FARRIOR, TERRANCE WASHINGTON, DANA ROGERS, JOHN DOE, a/k/a "GARY JOHNSON", and others. ROBERT CONLEY, COREY WEST and DEVELL RANGE supervised the street-level distributors in the Morse Street area and assisted in distributing heroin.

12. Some workers sold heroin at locations in the vicinity of Washington Street in Dorchester including EDWARD ELLIOT. EDWARD ELLIOT also supervised street-level distributors in the Washington Street area.

13. In 1989, HQB stored heroin at 58 Wheatland Avenue and 40 Ripley Road in Dorchester. HQB also stored numerous firearms, police scanners and money at 58 Wheatland Avenue.

14. HQB used cellular telephones and paging devices to communicate with customers and with each other. Members of HQB shared paging devices. At various times when customers called specific paging devices to order heroin, different HQB members responded to the calls. Many of HQB's customers, including WILLIAM BLAKE, were heroin dealers who purchased large quantities of heroin for further distribution. Several members of HQB, including KEITH PINSON, ROBERT CONLEY, ALEXANDER MIRANDA, TROY WEST, PHILLIP EDWARDS, LAURISTON EDWARDS, SANDRA EDWARDS, SPOOKY THOMPSON, PAMELA McCULLOUGH, ROBERT WALKER, ROSELIO FORTUNATO, DONALD CLEVELAND, SONJI CROWDER, DAVID PARKER and others, delivered large quantities of packaged heroin to such customers or assisted others in making heroin deliveries.

15. ROBERT CONLEY, KEITH PINSON and others used rental vehicles to transport and deliver heroin and to conceal their identities from law enforcement officers.

16. In 1989 and 1990, ROBERT CONLEY and KEITH PINSON purchased homes in the Atlanta, Georgia area. Thereafter, KEITH PINSON and ROBERT CONLEY frequently travelled between Atlanta and Boston.

17. In 1993, ROBERT CONLEY used drug proceeds to purchase 114 Brunswick Street in Boston, Massachusetts. In 1994, ROBERT CONLEY used drug proceeds to purchase 34 Creston Street in Boston, Massachusetts. The properties were in poor condition, and ROBERT CONLEY used drug proceeds to renovate the properties.

18. KEITH PINSON, ROBERT CONLEY, and others utilized Western Union as a means of laundering and transferring large amounts of cash and currency generated by the sale and distribution of heroin. KEITH PINSON and ROBERT CONLEY frequently wire-transferred money to the Atlanta area.

**Expansion Of The Heroin Operation To Rhode Island**

19. At a time unknown to the grand jury, but at least by in or about 1991, ALEXANDER MIRANDA and DEBORAH SERRET expanded HQB's Boston-based heroin distribution network to Pawtucket, Rhode Island. ALEXANDER MIRANDA and DEBORAH SERRET moved from Boston to Pawtucket. ALEXANDER MIRANDA stored heroin, drug paraphernalia and cash at 27 Vincent Avenue in Pawtucket. DEBORAH SERRET distributed heroin at 31 Mulberry Street in Pawtucket.

20. ALEXANDER MIRANDA purchased heroin for the Boston and the Rhode Island operations from various suppliers, including JOSE SOSA in Providence, Rhode Island.

21. ALEXANDER MIRANDA recruited individuals to assist in the distribution of heroin in Rhode Island including JOHN SANTOS, DINO GOMES, RAYMOND MELIA, STEVEN MELIA, LEAH GOMES, and others.

22. ALEXANDER MIRANDA utilized apartments at 82 Warren Avenue, Pawtucket, 84 Warren Avenue, Pawtucket and 22 West Avenue, Pawtucket to cut, process and package the heroin for the Rhode Island and Boston heroin distribution operations.

23. LEAH GOMES, who resided at 84 Warren Avenue, permitted ALEXANDER MIRANDA to use her apartment as a heroin packaging

location. JOHN SANTOS, DINO GOMES, RAYMOND MELIA and STEVEN MELIA packaged heroin for ALEXANDER MIRANDA and delivered heroin to customers in Rhode Island.

24. Large quantities of heroin packaged in Rhode Island were transported from Pawtucket to Boston for distribution by the Boston operation.

**OVERT ACTS IN FURTHERANCE OF THE CONSPIRACY**

In addition to the acts set forth in Counts 2 through 47 below, which are incorporated and realleged as if fully set forth herein, the defendants engaged in various other acts in furtherance of the conspiracy. Such acts include, but are not limited to, the following:

**HQB's Dispute With The Columbia Point Dogs**

1. In the summer of 1990, a group engaged in the sale of drugs from Dorchester, Massachusetts known as the "Columbia Point Dogs" stole heroin from HQB. Members of the Columbia Point Dogs brought the heroin to Derby Park in the South End of Boston to sell it.

2. Members of HQB sought to retaliate for the theft and brought firearms to Derby Park. At Derby Park, the HQB members fired numerous rounds of ammunition at the members of the Columbia Point Dogs.

3. On or about August 8, 1990, members of the Columbia Point Dogs responded by engaging in a drive-by shooting from a van at members of HQB in the vicinity of Ripley Road and Norwell Street, Dorchester.

4. After the drive-by shooting, KENNETH WAY acquired body armor. On or about August 14, 1990, KENNETH WAY, while wearing the body armor, and COREY WEST attempted to transport a quantity of heroin for distribution by motor vehicle in the vicinity of Homes Avenue and Geneva Avenue in Dorchester.

**HQB's Heroin Trafficking In Boston**

5. On or about November 1, 1987, KENNETH WAY and COREY WEST possessed a sawed-off shotgun with an obliterated serial number in the vicinity of Harvard Street and Ripley Road in Dorchester, Massachusetts.

6. On or about December 2, 1987, ROBERT CONLEY possessed with intent to distribute a quantity of heroin and a forged driver's license in the name of KEITH PINSON, while in a rental vehicle in the vicinity of Strathcoma Street and Brinsley Street in Dorchester, Massachusetts.

7. On or about July 18, 1988, ALEXANDER MIRANDA distributed a quantity of heroin in the vicinity of Norwell Street in Dorchester.

8. On or about May 22, 1989, PHILLIP EDWARDS possessed with intent to distribute a quantity of heroin in vicinity of Washington Street in Roxbury, Massachusetts.

9. On or about June 4, 1989, COREY WEST, TROY WEST and others possessed with intent to distribute a quantity of heroin, six firearms, ammunition, and two police scanners at 58 Wheatland Avenue in Dorchester, Massachusetts.

10. On or about October 26, 1990, KENNETH WAY possessed with intent to distribute a quantity of heroin in the vicinity of Ripley Road in Dorchester, Massachusetts.

11. On or about October 16, 1991, COREY WEST possessed with intent to distribute a quantity of heroin while driving a car registered to DEBORAH SERRET in the vicinity of Harvard Street and Spencer Street in Dorchester. The car contained a hidden compartment which could be used to conceal heroin.

12. On or about December 3, 1992, PHILLIP EDWARDS distributed a quantity of heroin in the vicinity of Intervale Street and Columbia Road in Dorchester, Massachusetts.

13. On or about December 28, 1992, KEITH PINSON, while accompanied by TROY WEST, distributed a quantity of heroin in the vicinity of Intervale Street and Columbia Road in Dorchester, Massachusetts.

14. On or about December 30, 1992, PHILLIP EDWARDS distributed a quantity of heroin in the vicinity of Intervale Street and Columbia Road in Dorchester, Massachusetts.

15. On or about January 18, 1993, PHILLIP EDWARDS distributed a quantity of heroin in the vicinity of Intervale Street and Columbia Road in Dorchester, Massachusetts.

16. On or about January 29, 1993, KEITH PINSON distributed a quantity of heroin in the vicinity of Intervale Street and Columbia Road in Dorchester, Massachusetts.

17. On or about February 10, 1993, PHILLIP EDWARDS distributed a quantity of heroin in the vicinity of Intervale Street and Columbia Road in Dorchester, Massachusetts.

18. On or about March 11, 1993, PHILLIP EDWARDS and SPOOKY THOMPSON distributed a quantity of heroin in the vicinity of Washington Street in Boston, Massachusetts.

19. On or about March 29, 1993, KEITH PINSON and SPOOKY THOMPSON distributed a quantity of heroin in the vicinity of Morton Street and Norfolk Street in Dorchester, Massachusetts.

20. On or about March 30, 1993, SPOOKY THOMPSON and ROBERT WALKER distributed a quantity of heroin in the vicinity of Lawson's Barber Shop on Washington Street in Dorchester, Massachusetts.

21. On or about April 1, 1993, SPOOKY THOMPSON distributed a quantity of heroin in the vicinity of Morton Street and Norfolk Street in Dorchester, Massachusetts.

22. On or about April 2, 1993, SPOOKY THOMPSON distributed a quantity of heroin in the vicinity of Wildwood Street and Norfolk Street in Dorchester, Massachusetts.

23. On or about April 5, 1993, KEITH PINSON distributed a quantity of heroin in the vicinity of East Brookline Street in Boston, Massachusetts.

24. On or about April 5, 1993, WILLIAM FARRIOR possessed with intent to distribute a quantity of heroin in the vicinity of Columbia Road and Washington Street in Dorchester, Massachusetts.

25. On or about April 6, 1993, KEITH PINSON distributed a quantity of heroin in the vicinity of East Brookline Street in Boston, Massachusetts.

26. On or about April 8, 1993, KEITH PINSON distributed a quantity of heroin in the vicinity of East Brookline Street in Boston, Massachusetts.

27. On or about April 12, 1993, SPOOKY THOMPSON negotiated a heroin transaction. Later that day, KEITH PINSON completed the heroin transaction by distributing a quantity of heroin in the vicinity of East Brookline Street in Boston, Massachusetts.

28. On or about April 15, 1993, PHILLIP EDWARDS and SPOOKY THOMPSON distributed a quantity of heroin in the vicinity of East Brookline Street in Boston, Massachusetts.

29. On or about April 16, 1993, KEITH PINSON distributed a quantity of heroin in the vicinity of East Brookline Street in Boston, Massachusetts.

30. On or about April 20, 1993, PHILLIP EDWARDS distributed a quantity of heroin in the vicinity of East Brookline Street in Boston, Massachusetts.

31. On or about April 20, 1993, PHILLIP EDWARDS distributed a quantity of heroin in the vicinity of Roxbury Crossing in Roxbury, Massachusetts.

32. On or about April 22, 1993, WILLIAM FARRIOR possessed with intent to distribute a quantity of heroin in the vicinity of Columbia Road and Washington Street in Dorchester, Massachusetts.

33. On or about May 14, 1993, ROBERT CONLEY distributed a quantity of heroin in the vicinity of East Brookline Street in Boston, Massachusetts.

34. On or about May 17, 1993, ROBERT CONLEY, ALEXANDER MIRANDA and ROBERT WALKER distributed a quantity of heroin in the vicinity of East Brookline Street in Boston, Massachusetts.

35. On or about May 20, 1993, ALEXANDER MIRANDA distributed a quantity of heroin in the vicinity of East Brookline Street in Boston, Massachusetts.

36. On or about June 4, 1993, KEITH PINSON and SPOOKY THOMPSON distributed a quantity of heroin in the vicinity of Ruggles Street and Huntington Avenue in Boston, Massachusetts.

38. On or about June 9, 1993, KEITH PINSON distributed a quantity of heroin in the vicinity of Ward Street and Huntington Avenue in Boston, Massachusetts.

39. On or about July 24, 1993, TERRANCE WASHINGTON possessed with intent to distribute a quantity of heroin in the vicinity of Blue Hill Avenue and Warren Street in Roxbury, Massachusetts.

40. On or about March 3, 1994, ROSELIO FORTUNATO distributed a quantity of heroin in the vicinity of Huntington Avenue in Boston, Massachusetts.

41. On or about March 19, 1994, PHILLIP EDWARDS possessed a quantity of heroin in the vicinity of West 188th Street in New York City, New York with the intention of transporting the heroin to Massachusetts for distribution.

42. On or about April 11, 1994, WILLIAM FARRIOR possessed with intent to distribute a quantity of heroin in the vicinity of Morse Street and Washington Street in Dorchester.

43. On or about September 3, 1994, ROBERT CONLEY, ALEXANDER MIRANDA and STEVEN MELIA possessed with intent to distribute a quantity of heroin, a cellular telephone and two paging devices in the vicinity of Fernboro Street in Dorchester, Massachusetts.

**HQB's Heroin Trafficking In Rhode Island**

44. On or about April 22, 1991, DEBORAH SERRET possessed with intent to distribute a quantity of heroin at 31 Mulberry Street in Pawtucket, Rhode Island.

45. On or about November 25, 1991, ALEXANDER MIRANDA possessed with intent to distribute a quantity of heroin and a scale at 27 Vincent Avenue in Pawtucket, Rhode Island.

46. On or about March 22, 1993, ALEXANDER MIRANDA paid $13,000 in cash to purchase a 1986 Mercedes 560 from Charles Street Motor in North Providence, Rhode Island. To conceal his ownership of the vehicle, ALEXANDER MIRANDA had the vehicle registered in the name of Joao Lopes.

47. On or about April 6, 1993, ALEXANDER MIRANDA possessed with intent to distribute a quantity of heroin, glassine bags, a tape dispenser and approximately $31,623 in cash at 27 Vincent Avenue in Pawtucket, Rhode Island. Also on or about April 6, 1993, ALEXANDER MIRANDA concealed approximately $17,100 in cash at 251 Prospect Street in Pawtucket, Rhode Island.

48. On or about April 11, 1994, DINO GOMES distributed a quantity of heroin in the vicinity of 82 Warren Avenue in Pawtucket, Rhode Island. Later that day, LEAH GOMES collected payment for the sale of heroin by DINO GOMES.

49. On or about April 18, 1994, RAYMOND MELIA distributed a quantity of heroin in the vicinity of 82 Warren Avenue in Pawtucket, Rhode Island.

50. On or about April 18, 1994, DINO GOMES distributed a quantity of heroin in the vicinity of 82 Warren Avenue in Pawtucket, Rhode Island.

51. On or about April 20, 1994, JOHN SANTOS distributed a quantity of heroin in the vicinity of 82 Warren Avenue in Pawtucket, Rhode Island.

52. On or about April 25, 1994, JOHN SANTOS distributed a quantity of heroin in the vicinity of 22 West Avenue in Pawtucket, Rhode Island.

53. On or about May 2, 1994, DINO GOMES distributed a quantity of heroin in the vicinity of 82 Warren Avenue and 84 Warren Avenue in Pawtucket, Rhode Island.

54. On or about May 7, 1994, JOHN SANTOS distributed a quantity of heroin in the vicinity of 251 Prospect Street in Pawtucket, Rhode Island.

55. On or about May 8, 1994, JOHN SANTOS distributed a quantity of heroin in the vicinity of Main Street and Woodlawn Street in Pawtucket, Rhode Island.

56. On or about May 11, 1994, ALEXANDER MIRANDA distributed a quantity of heroin in the vicinity of 82 Warren Avenue in Pawtucket, Rhode Island.

57. On or about May 12, 1994, ALEXANDER MIRANDA distributed a quantity of heroin in the vicinity of Main Street and Woodlawn Street in Pawtucket, Rhode Island.

58. On or about May 19, 1994, JOHN SANTOS distributed a quantity of heroin in the vicinity of Main Street and Woodlawn Street in Pawtucket, Rhode Island.

59. On or about May 25, 1994, JOHN SANTOS distributed a quantity of heroin in the vicinity of 84 Warren Avenue in Pawtucket, Rhode Island.

60. On or about June 6, 1994, DINO GOMES distributed a quantity of heroin in the vicinity of 82 Warren Avenue in Pawtucket, Rhode Island.

61. On or about June 7, 1994, RAYMOND MELIA distributed a quantity of heroin in the vicinity of 22 West Avenue, in Pawtucket, Rhode Island.

62. On or about June 15, 1994, DINO GOMES possessed a cellular telephone, numerous glassine bags, a bottle of Inositol, a paging device and a quantity of heroin for distribution at 82 Warren Avenue in Pawtucket, Rhode Island.

63. On or about June 15, 1994, ALEXANDER MIRANDA possessed at 1065 Main Street in Pawtucket, Rhode Island approximately $3,995 in cash and a lease for a barber shop at 204 Broad Street,

Providence, Rhode Island in the names of ALEXANDER MIRANDA and ROBERT CONLEY.

64. On or about June 15, 1994, STEVEN MELIA possessed four ink pads, five ink stamps with the labels "NAUGHTY BY NATURE", "TYSON", "NEW YORK", "UPTOWN", and "BRONX TALK", two packages of Jupa white powder, two rolls of tape, a bags of elastics, and a box of glassine bags at 22 West Avenue in Pawtucket, Rhode Island.

All in violation of Title 21, United States Code, Section 846.

**NOTICE OF APPLICABILITY OF 21 U.S.C. § 841(b)(1)(A)(i)**

The conspiracy described in Count 1 involved one kilogram or more of a mixture or substance containing a detectable amount of heroin. Accordingly, 21 U.S.C. § 841(b)(1)(A)(i) applies to this count.

**COUNT 2:** **(21 U.S.C. § 841(a)(1) - Distribution Of Heroin; 18 U.S.C. § 2 - Aiding And Abetting)**

The Grand Jury further charges that:

On or about February 16, 1993, at Boston, in the District of Massachusetts,

20. DAVID HALL, a/k/a "SMURF"
31. DANA ROGERS, a/k/a "MOE D"

defendants herein, acting in furtherance of the conspiracy charged in Count 1, did knowingly and intentionally distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**<u>COUNT 3</u>: (21 U.S.C. § 841(a)(1) - Distribution Of Heroin)**

The Grand Jury further charges that:

On or about February 17, 1993, at Boston, in the District of Massachusetts,

22. TERRENCE WASHINGTON, a/k/a "PIMP DOG"

defendant herein, acting in furtherance of the conspiracy charged in Count 1, did knowingly and intentionally distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT 4: (21 U.S.C. § 841(a)(1) - Distribution Of Heroin)**

The Grand Jury further charges that:

On or about February 23, 1993, at Boston, in the District of Massachusetts,

20. DAVID HALL, a/k/a "SMURF"

defendant herein, acting in furtherance of the conspiracy charged in Count 1, did knowingly and intentionally distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**<u>COUNT 5</u>: (21 U.S.C. § 841(a)(1) - Distribution Of Heroin)**

The Grand Jury further charges that:

On or about February 26, 1993, at Boston, in the District of Massachusetts,

21. WILLIAM FARRIOR, a/k/a "DOLLAR BILL"

defendant herein, acting in furtherance of the conspiracy charged in Count 1, did knowingly and intentionally distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**<u>COUNT 6</u>: (21 U.S.C. § 841(a)(1) - Distribution Of Heroin)**

The Grand Jury further charges that:

On or about March 1, 1993, at Boston, in the District of Massachusetts,

32. JOHN DOE, a/k/a "GARY JOHNSON"

defendant herein, acting in furtherance of the conspiracy charged in Count 1, did knowingly and intentionally distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT 7: (21 U.S.C. § 841(a)(1) - Distribution Of Heroin)**

The Grand Jury further charges that:

On or about March 2, 1993, at Boston, in the District of Massachusetts,

19. THOMAS MORRIS, a/k/a "BUBBA"
32. JOHN DOE, a/k/a "GARY JOHNSON"

defendants herein, acting in furtherance of the conspiracy charged in Count 1, did knowingly and intentionally distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**<u>COUNT 8</u>: (21 U.S.C. § 841(a)(1) - Possession With Intent To Distribute Heroin; 18 U.S.C. § 2 - Aiding And Abetting)**

The Grand Jury further charges that:

On or about March 5, 1993, at Boston, in the District of Massachusetts,

4. PHILLIP EDWARDS
13. SPOOKY THOMPSON

defendants herein, acting in furtherance of the conspiracy charged in Count 1, did knowingly and intentionally possess with intent to distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**<u>COUNT 9</u>: (21 U.S.C. § 841(a)(1) - Distribution Of Heroin)**

The Grand Jury further charges that:

On or about March 8, 1993, at Boston, in the District of Massachusetts,

19. THOMAS MORRIS, a/k/a "BUBBA"

defendant herein, acting in furtherance of the conspiracy charged in Count 1, did knowingly and intentionally distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**<u>COUNT 10</u>: (21 U.S.C. § 841(a)(1) - Distribution Of Heroin; 18 U.S.C. § 2 - Aiding And Abetting)**

The Grand Jury further charges that:

On or about March 9, 1993, at Boston, in the District of Massachusetts,

19. THOMAS MORRIS, a/k/a "BUBBA"
32. JOHN DOE, a/k/a "GARY JOHNSON"

defendants herein, acting in furtherance of the conspiracy charged in Count 1, did knowingly and intentionally distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**<u>COUNT 11</u>: (21 U.S.C. § 841(a)(1) - Distribution Of Heroin; 18 U.S.C. § 2 - Aiding And Abetting)**

The Grand Jury further charges that:

On or about March 11, 1993, at Boston, in the District of Massachusetts,

19. THOMAS MORRIS, a/k/a "BUBBA"
21. WILLIAM FARRIOR, a/k/a "DOLLAR BILL"

defendants herein, acting in furtherance of the conspiracy charged in Count 1, did knowingly and intentionally distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

<u>**COUNT 12**</u>**: (21 U.S.C. § 841(a)(1) - Distribution Of Heroin)**

The Grand Jury further charges that:

On or about March 25, 1993, at Boston, in the District of Massachusetts,

20. DAVID HALL, a/k/a "SMURF"

defendant herein, acting in furtherance of the conspiracy charged in Count 1, did knowingly and intentionally distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT 13: (21 U.S.C. § 841(a)(1) - Distribution Of Heroin; 18 U.S.C. § 2 - Aiding And Abetting)**

The Grand Jury further charges that:

On or about July 20, 1993, at Boston, in the District of Massachusetts,

6. COREY WEST
18. DEVELL RANGE

defendants herein, acting in furtherance of the conspiracy charged in Count 1, did knowingly and intentionally distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**<u>COUNT 14</u>: (21 U.S.C. § 841(a)(1) - Distribution Of Heroin)**

The Grand Jury further charges that:

On or about July 28, 1993, at Boston, in the District of Massachusetts,

2. ROBERT CONLEY

defendant herein, acting in furtherance of the conspiracy charged in Count 1, did knowingly and intentionally distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT 15: (21 U.S.C. § 846 - Attempt To Distribute Heroin; 18 U.S.C. § 2 - Aiding And Abetting)**

The Grand Jury further charges that:

On or about August 2, 1993, at Boston, in the District of Massachusetts,

3. ALEXANDER MIRANDA, a/k/a "A-DOG," a/k/a "ALEX GOMES," a/k/a "ALEXANDER ROSE"

defendant herein, acting in furtherance of the conspiracy charged in Count 1, did knowingly and intentionally attempt to distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

**<u>COUNT 16</u>: (21 U.S.C. § 841(a)(1) - Distribution Of Heroin)**

The Grand Jury further charges that:

On or about August 4, 1993, at Boston, in the District of Massachusetts,

2. ROBERT CONLEY

defendant herein, acting in furtherance of the conspiracy charged in Count 1, did knowingly and intentionally distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**<u>COUNT 17</u>: (21 U.S.C. § 841(a)(1) - Distribution Of Heroin)**

The Grand Jury further charges that:

On or about August 11, 1993, at Boston, in the District of Massachusetts,

2. ROBERT CONLEY

defendant herein, acting in furtherance of the conspiracy charged in Count 1, did knowingly and intentionally distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**<u>COUNT 18</u>: (21 U.S.C. § 841(a)(1) - Distribution Of Heroin)**

The Grand Jury further charges that:

On or about September 30, 1993, at Boston, in the District of Massachusetts,

24. DAVID PARKER, a/k/a "TROY"

defendant herein, acting in furtherance of the conspiracy charged in Count 1, did knowingly and intentionally distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT 19: (21 U.S.C. § 841(a)(1) - Distribution Of Heroin; 18 U.S.C. § 2 - Aiding And Abetting)**

The Grand Jury further charges that:

On or about October 4, 1993, at Boston, in the District of Massachusetts,

24. DAVID PARKER, a/k/a "TROY"

defendant herein, acting in furtherance of the conspiracy charged in Count 1, did knowingly and intentionally distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT 20: (21 U.S.C. § 841(a)(1) - Distribution Of Heroin; 18 U.S.C. § 2 - Aiding And Abetting)**

The Grand Jury further charges that:

On or about January 14, 1994, at Boston, in the District of Massachusetts,

4. PHILLIP EDWARDS
12. SANDRA EDWARDS

defendants herein, acting in furtherance of the conspiracy charged in Count 1, did knowingly and intentionally distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT 21:** **(21 U.S.C. § 841(a)(1) - Distribution Of Heroin; 18 U.S.C. § 2 - Aiding And Abetting)**

The Grand Jury further charges that:

On or about January 26, 1994, at Boston, in the District of Massachusetts,

1. KEITH PINSON

defendant herein, acting in furtherance of the conspiracy charged in Count 1, did knowingly and intentionally distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT 22: (21 U.S.C. § 841(a)(1) - Distribution Of Heroin; 18 U.S.C. § 2 - Aiding And Abetting)**

The Grand Jury further charges that:

On or about January 28, 1994, at Boston, in the District of Massachusetts,

4. PHILLIP EDWARDS

defendant herein, acting in furtherance of the conspiracy charged in Count 1, did knowingly and intentionally distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**<u>COUNT 23</u>: (21 U.S.C. § 841(a)(1) - Distribution Of Heroin; 18 U.S.C. § 2 - Aiding And Abetting)**

The Grand Jury further charges that:

On or about February 1, 1994, at Boston, in the District of Massachusetts,

11. LAURISTON EDWARDS

defendant herein, acting in furtherance of the conspiracy charged in Count 1, did knowingly and intentionally distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT 24: (21 U.S.C. § 841(a)(1) - Distribution Of Heroin; 18 U.S.C. § 2 - Aiding And Abetting)**

The Grand Jury further charges that:

On or about February 2, 1994, at Boston, in the District of Massachusetts,

4. PHILLIP EDWARDS

defendant herein, acting in furtherance of the conspiracy charged in Count 1, did knowingly and intentionally distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT 25: (21 U.S.C. § 841(a)(1) - Distribution Of Heroin; 18 U.S.C. § 2 - Aiding And Abetting)**

The Grand Jury further charges that:

On or about February 8, 1994, at Boston, in the District of Massachusetts,

4. PHILLIP EDWARDS

defendant herein, acting in furtherance of the conspiracy charged in Count 1, did knowingly and intentionally distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**APPLICABILITY OF 21 U.S.C. § 860(a)**

The offense described in the foregoing count occurred within one-thousand (1,000) feet of the real property comprising a public or private elementary, vocational, or secondary school or a public or private college, junior college, or university, or a playground. Accordingly, 21 U.S.C. § 860(a) applies to this count.

**COUNT 26: (21 U.S.C. § 841(a)(1) - Distribution Of Heroin; 18 U.S.C. § 2 - Aiding And Abetting)**

The Grand Jury further charges that:

On or about February 14, 1994, at Boston, in the District of Massachusetts,

4. PHILLIP EDWARDS
11. LAURISTON EDWARDS

defendants herein, acting in furtherance of the conspiracy charged in Count 1, did knowingly and intentionally distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**<u>COUNT 27</u>: (21 U.S.C. § 841(a)(1) - Distribution Of Heroin)**

The Grand Jury further charges that:

On or about February 17, 1994, at Boston, in the District of Massachusetts,

4. PHILLIP EDWARDS

defendant herein, acting in furtherance of the conspiracy charged in Count 1, did knowingly and intentionally distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).