CLOSED

# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:95-cr-10099-WGY-3
# Internal Use Only

Case title: USA v. Pinson, et al

Date Filed: 03/23/1995
Date Terminated: 05/13/1996

Assigned to: Judge William G. Young

**Defendant**

**Alexander Miranda** (3)
*TERMINATED: 05/23/1996*
*also known as*
A-Dog
*also known as*
Alex Gomes
*also known as*
Alexander Rose

represented by **David N. Cicilline**
387 Atwells Ave.
Providence, RI 02909
(401) 273-5600
*TERMINATED: 05/23/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

21:846 Conspiracy to distribute heroin.
(1)

**Disposition**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 151 months on each of counts 1,15,114-117, the sentence to run concurrent on each count one with the other. The Court makes the fol lowing recommendation to the Bureau of Prisons: Drug treatment program while in custody. Upon release from prison, the defendant shall be on supervised release for a term of 5 years. The Court imposes no fine or restitution. A special assessment of & #036;300.00 to be paid immediateley.

...by certify on [illegible] that the foregoing document is true and correct copy of the
☒ electronic docket in the captioned case
☐ electronically filed original filed on ____
☐ original filed in my office on ____
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: ____
Deputy Clerk

21:846, 18:2. Attempt to distribute heroin.
(15)

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 151 months on each of counts 1,15,114-117, the sentence to run concurrent on each count one with the

other. The Court makes the fol lowing recommendation to the Bureau of Prisons: Drug treatment program while in custody. Upon release from prison, the defendant shall be on supervised release for a term of 5 years. The Court imposes no fine or restitution. A special assessment of & #036;300.00 to be paid immediateley.

| | |
|---|---|
| 18:1956(a)(1)(A)(i), 18:2. Money laundering.<br>(114-117) | The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 151 months on each of counts 1,15,114-117, the sentence to run concurrent on each count one with the other. The Court makes the fol lowing recommendation to the Bureau of Prisons: Drug treatment program while in custody. Upon release from prison, the defendant shall be on supervised release for a term of 5 years. The Court imposes no fine or restitution. A special assessment of & #036;300.00 to be paid immediateley. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:841(a)(1), 846, 853 Criminal forfeiture.<br>(122) | dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Interested Party**

**Cheryl Lewis** represented by **Cheryl Lewis**
34 Creston Street Unit 1

Dorchester, MA 02119
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**USA** represented by **Thomas C. Frongillo**
Weil, Gotshal & Manges LLP
100 Federal Street
34th Floor
Boston, MA 02110
617-772-8300
Email: thomas.frongillo@weil.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/23/1995 | 1 | SEALED INDICTMENT returned as to Keith M. Pinson (1) count(s) 1, 21, 30, 32, 33, 38-41, 43, 48-67, 122, 123, Robert Conley (2) count(s) 1, 14, 16-17, 68-104, 122, 124, Alexander Miranda (3) count(s) 1, 15, 114-117, 122, Phillip Edwards (4) count(s) 1, 8, 20, 22, 24-25, 26, 27-28, 29, 31, 111-113, 122, Jose Sosa (5) count(s) 1, 46, 118-120, 122, Corey West (6) count(s) 1, 13, 122, Troy West (7) count(s) 1, 122, Edward Elliot (8) count(s) 1, 122, Way Kenneth (9) count(s) 1, 122, Deborah Serret (10) count(s) 1, 121, 122, Lauriston Edwards (11) count(s) 1, 23, 26, 29, 31, 107-110, 122, Sandra Edwards (12) count(s) 1, 20, 122, Spooky Thompson (13) count(s) 1, 8, 122, Pamela McCullough (14) count(s) 1, 29, 34-37, 122, 125, Robert Walker (15) count(s) 1, 105-106, 122, Roselio Fortunato (16) count(s) 1, 122, Donald Cleveland (17) count(s) 1, 33, 43, 44, 122, Devell Range (18) count(s) 1, 13, 122, Thomas Morris (19) count(s) 1, 7, 9, 10, 11, 122, David Hall (20) count(s) 1, 2, 4, 12, 122, William Farrior (21) count(s) 1, 5, 11, 122, Terrance Washington (22) count(s) 1, 3, 122, Sonji Crowder (23) count(s) 1, 44, 122, 126, David Parker (24) count(s) 1, 18, 19, 47, 122, Dino Gomes (25) count(s) 1, 122, John Santos (26) count(s) 1, 122, Raymond Melia (27) count(s) 1, 122, Leah Gomes (28) count(s) 1, 122, Steven Melia (29) count(s) 1, 122, William Blake (30) count(s) 1, 42, 45, 122, Dana Rogers (31) count(s) 1, 2, 122, John Doe (32) count(s) 1, 6, 7, 10, 122 . (fbd) (Entered: 03/27/1995) |
| 03/23/1995 | | Arrest warrant issued as to Keith M. Pinson, Robert Conley, Alexander Miranda, Phillip Edwards, Jose Sosa, Corey West, Troy West, Edward Elliot, Way Kenneth, Deborah Serret, Lauriston Edwards, Sandra Edwards, Spooky Thompson, Pamela McCullough, Robert Walker, Roselio Fortunato, Donald Cleveland, Devell Range, Thomas Morris, |

| | | |
|---|---|---|
| | | David Hall, William Farrior, Terrance Washington, Sonji Crowder, David Parker, Dino Gomes, John Santos, Raymond Melia, Leah Gomes, Steven Melia, William Blake, Dana Rogers, John Doe . (fbd) (Entered: 03/27/1995) |
| 03/23/1995 | 2 | Judge William G. Young . ORDER OF REFERENCE entered. Case referred to Mag. Judge Joyce L. Alexander . (fbd) (Entered: 03/27/1995) |
| 03/23/1995 | 3 | Mag. Judge Joyce L. Alexander . ORDER OF RECUSAL entered as to Keith M. Pinson, Robert Conley, Alexander Miranda, Phillip Edwards, Jose Sosa, Corey West, Troy West, Edward Elliot, Way Kenneth, Deborah Serret, Lauriston Edwards, Sandra Edwards, Spooky Thompson, Pamela McCullough, Robert Walker, Roselio Fortunato, Donald Cleveland, Devell Range, Thomas Morris, David Hall, William Farrior, Terrance Washington, Sonji Crowder, David Parker, Dino Gomes, John Santos, Raymond Melia, Leah Gomes, Steven Melia, William Blake, Dana Rogers, John Doe . (fbd) (Entered: 03/27/1995) |
| 03/23/1995 | 3 | Judge William G. Young . ORDER OF REFERENCE entered. Case referred to Mag. Judge Marianne B. Bowler . (fbd) (Entered: 03/27/1995) |
| 03/24/1995 | | Indictment unsealed as to Keith M. Pinson, Robert Conley, Alexander Miranda, Phillip Edwards, Jose Sosa, Corey West, Troy West, Edward Elliot, Way Kenneth, Deborah Serret, Lauriston Edwards, Sandra Edwards, Spooky Thompson, Pamela McCullough, Robert Walker, Roselio Fortunato, Donald Cleveland, Devell Range, Thomas Morris, David Hall, William Farrior, Terrance Washington, Sonji Crowder, David Parker, Dino Gomes, John Santos, Raymond Melia, Leah Gomes, Steven Melia, William Blake, Dana Rogers, John Doe . (fbd) (Entered: 03/27/1995) |
| 03/24/1995 | 15 | MOTION by USA , as to Keith M. Pinson, Robert Conley, Alexander Miranda, Phillip Edwards, Jose Sosa, Corey West, Troy West, Edward Elliot, Way Kenneth, Deborah Serret, Lauriston Edwards, Sandra Edwards, Spooky Thompson, Pamela McCullough, Robert Walker, Roselio Fortunato, Donald Cleveland, Devell Range, Thomas Morris, David Hall, William Farrior, Terrance Washington, Sonji Crowder, David Parker, Dino Gomes, John Santos, Raymond Melia, Leah Gomes, Steven Melia, William Blake, Dana Rogers, John Doe to Unseal Indictment , filed. (efs) (Entered: 03/28/1995) |
| 03/24/1995 | | Mag. Judge Marianne B. Bowler . ENDORSED ORDER as to Keith M. Pinson, Robert Conley, Alexander Miranda, Phillip Edwards, Jose Sosa, Corey West, Troy West, Edward Elliot, Way Kenneth, Deborah Serret, Lauriston Edwards, Sandra Edwards, Spooky Thompson, Pamela McCullough, Robert Walker, Roselio Fortunato, Donald Cleveland, Devell Range, Thomas Morris, David Hall, William Farrior, Terrance Washington, Sonji Crowder, David Parker, Dino Gomes, John Santos, Raymond Melia, Leah Gomes, Steven Melia, William Blake, Dana Rogers, John Doe : granting [15-1] motion to Unseal Indictment as to |

| | | |
|---|---|---|
| | | Keith M. Pinson (1), Robert Conley (2), Alexander Miranda (3), Phillip Edwards (4), Jose Sosa (5), Corey West (6), Troy West (7), Edward Elliot (8), Way Kenneth (9), Deborah Serret (10), Lauriston Edwards (11), Sandra Edwards (12), Spooky Thompson (13), Pamela McCullough (14), Robert Walker (15), Roselio Fortunato (16), Donald Cleveland (17), Devell Range (18), Thomas Morris (19), David Hall (20), William Farrior (21), Terrance Washington (22), Sonji Crowder (23), David Parker (24), Dino Gomes (25), John Santos (26), Raymond Melia (27), Leah Gomes (28), Steven Melia (29), William Blake (30), Dana Rogers (31), John Doe (32). (efs) (Entered: 03/28/1995) |
| 03/30/1995 | | Detention hearing as to Keith M. Pinson, Robert Conley, Alexander Miranda, Jose Sosa, David Parker held . (efs) (Entered: 04/03/1995) |
| 03/30/1995 | | First appearance through counsel as to Alexander Miranda, Jose Sosa . (efs) (Entered: 04/03/1995) |
| 03/30/1995 | | Arraignment as to Keith M. Pinson, Robert Conley, Alexander Miranda, Jose Sosa, David Parker held Keith M. Pinson (1) count(s) 1, 21, 33, 30, 32, 38-41, 43, 48-67, 122, 123, Robert Conley (2) count(s) 1, 14, 16-17, 68-104, 122, 124, Alexander Miranda (3) count(s) 1, 15, 114-117, 122, Jose Sosa (5) count(s) 1, 46, 118-120, 122, David Parker (24) count(s) 1, 18, 19, 47, 122 . (efs) (Entered: 04/03/1995) |
| 03/30/1995 | | PLEA entered by Keith M. Pinson, Robert Conley, Alexander Miranda, Jose Sosa, David Parker . Court accepts plea. Not Guilty: Keith M. Pinson (1) count(s) 1, 21, 33, 30, 32, 38-41, 43, 48-67, 122, 123, Robert Conley (2) count(s) 1, 14, 16-17, 68-104, 122, 124, Alexander Miranda (3) count(s) 1, 15, 114-117, 122, Jose Sosa (5) count(s) 1, 46, 118-120, 122, David Parker (24) count(s) 1, 18, 19, 47, 122 (efs) (Entered: 04/03/1995) |
| 03/30/1995 | 61 | Mag. Judge Marianne B. Bowler . CLERK'S NOTES as to Keith M. Pinson, Robert Conley, Alexander Miranda, Jose Sosa, David Parker , re: detention/arraignment;After hrg Court takes the matter of detention Under Advisement.govt expects to call 150-175 witnesses at trial. Trial date set for 5/22/95. Dft motions due by 4/14/95,Govt response due by 4/27/95 ; Court Reporter: Sakurai (efs) (Entered: 04/03/1995) |
| 03/30/1995 | | Jury trial as to Keith M. Pinson, Robert Conley, Alexander Miranda, Jose Sosa, David Parker set at 9:00 5/22/95 for Keith M. Pinson, for Robert Conley, for Alexander Miranda, for Jose Sosa, for David Parker . (efs) (Entered: 04/03/1995) |
| 03/31/1995 | 97 | Mag. Judge Marianne B. Bowler . ORDER ON EXCLUDABLE DELAY entered as to Keith M. Pinson, Robert Conley, Alexander Miranda, Phillip Edwards, Jose Sosa, Roselio Fortunato, Devell Range, Dana Rogers . Time ordered excluded from 3/31/95 to 4/14/95. (efs) (Entered: 04/14/1995) |
| 04/03/1995 | 267 | Rule 40 Documents as to Alexander Miranda, Jose Sosa, Leah Gomes received from USDC RI. (efs) (Entered: 05/17/1995) |

| | | |
|---|---|---|
| 04/03/1995 | 62 | Rule 40 Documents as to Alexander Miranda, Jose Sosa, Leah Gomes received from Rhode Island. (efs) (Entered: 04/03/1995) |
| 04/03/1995 | 65 | NOTICE of Appearance of counsel for Alexander Miranda , by Attorney David N. Cicilline. (efs) (Entered: 04/05/1995) |
| 04/12/1995 | 91 | Response by USA to Uniform Order on Automatic Discovery as to Keith M. Pinson, Robert Conley, Alexander Miranda, Phillip Edwards, Jose Sosa, Corey West, Troy West, Edward Elliot, Lauriston Edwards, Sandra Edwards, Spooky Thompson, Pamela McCullough, Roselio Fortunato, Donald Cleveland, Devell Range , filed. (efs) (Entered: 04/13/1995) |
| 04/12/1995 | 95 | MOTION by USA , as to Keith M. Pinson, Robert Conley, Alexander Miranda, Phillip Edwards, Jose Sosa, Corey West, Troy West, Edward Elliot, Way Kenneth, Deborah Serret, Lauriston Edwards, Sandra Edwards, Spooky Thompson, Pamela McCullough, Robert Walker, Roselio Fortunato, Donald Cleveland, Devell Range, Thomas Morris, David Hall, William Farrior, Terrance Washington, Sonji Crowder, David Parker, Dino Gomes, John Santos, Raymond Melia, Leah Gomes, Steven Melia, William Blake, Dana Rogers, John Doe to unseal [13-1] document(s), [12-1] document(s), [11-1] document(s), [10-1] document(s), [9-1] document(s), [8-1] document(s), [7-1] document(s), [6-1] document(s) , filed. (efs) (Entered: 04/13/1995) |
| 04/13/1995 | | Judge William G. Young . ENDORSED ORDER as to Keith M. Pinson, Robert Conley, Alexander Miranda, Phillip Edwards, Jose Sosa, Corey West, Troy West, Edward Elliot, Way Kenneth, Deborah Serret, Lauriston Edwards, Sandra Edwards, Spooky Thompson, Pamela McCullough, Robert Walker, Roselio Fortunato, Donald Cleveland, Devell Range, Thomas Morris, David Hall, William Farrior, Terrance Washington, Sonji Crowder, David Parker, Dino Gomes, John Santos, Raymond Melia, Leah Gomes, Steven Melia, William Blake, Dana Rogers, John Doe : granting [95-1] motion to unseal [13-1] document(s), [12-1] document(s), [11-1] document(s), [10-1] document(s), [9-1] document(s), [8-1] document(s), [7-1] document(s), [6-1] document(s) as to Keith M. Pinson (1), Robert Conley (2), Alexander Miranda (3), Phillip Edwards (4), Jose Sosa (5), Corey West (6), Troy West (7), Edward Elliot (8), Way Kenneth (9), Deborah Serret (10), Lauriston Edwards (11), Sandra Edwards (12), Spooky Thompson (13), Pamela McCullough (14), Robert Walker (15), Roselio Fortunato (16), Donald Cleveland (17), Devell Range (18), Thomas Morris (19), David Hall (20), William Farrior (21), Terrance Washington (22), Sonji Crowder (23), David Parker (24), Dino Gomes (25), John Santos (26), Raymond Melia (27), Leah Gomes (28), Steven Melia (29), William Blake (30), Dana Rogers (31), John Doe (32). (efs) (Entered: 04/13/1995) |
| 04/19/1995 | 155 | MOTION by Alexander Miranda to extend time to 5/15/95 to file motions , filed. Referred to Mag. Judge Marianne B. Bowler (efs) (Entered: 04/19/1995) |

| | | |
|---|---|---|
| 04/20/1995 | 159 | Mag. Judge Marianne B. Bowler . ORDER ON EXCLUDABLE DELAY entered as to Keith M. Pinson, Robert Conley, Alexander Miranda, Phillip Edwards, Jose Sosa, Corey West, Troy West, Edward Elliot, Deborah Serret, Lauriston Edwards, Sandra Edwards, Spooky Thompson, Pamela McCullough, Roselio Fortunato, Donald Cleveland, Devell Range, William Farrior, Terrance Washington, Sonji Crowder, David Parker, Dino Gomes, John Santos, Raymond Melia, Leah Gomes, William Blake, Dana Rogers, . Time ordered excluded from 4/14/95 to 5/12/95. (efs) (Entered: 04/21/1995) |
| 04/20/1995 | 159 | Mag. Judge Marianne B. Bowler . ORDER entered as to Keith M. Pinson, Robert Conley, Alexander Miranda, Phillip Edwards, Jose Sosa, Corey West, Troy West, Edward Elliot, Deborah Serret, Lauriston Edwards, Sandra Edwards, Spooky Thompson, Pamela McCullough, Roselio Fortunato, Donald Cleveland, Devell Range, William Farrior, Terrance Washington, Sonji Crowder, David Parker, Dino Gomes, John Santos, Raymond Melia, Leah Gomes, William Blake, Dana Rogers, Way Kenneth, Robert Walker, Thomas Morris, David Hall :, reset Discovery Motions deadline to 5/12/95 for Keith M. Pinson, for Robert Conley, for Alexander Miranda, for Phillip Edwards, for Jose Sosa, for Corey West, for Troy West, for Edward Elliot, for Deborah Serret, for Lauriston Edwards, for Sandra Edwards, for Spooky Thompson, for Pamela McCullough, for Roselio Fortunato, for Donald Cleveland, for Devell Range, for William Farrior, for Terrance Washington, for Sonji Crowder, for David Parker, for Dino Gomes, for John Santos, for Raymond Melia, for Leah Gomes, for William Blake, for Dana Rogers, for Way Kenneth, for Robert Walker, for Thomas Morris, for David Hall . (efs) Modified on 05/11/1995 (Entered: 04/21/1995) |
| 04/20/1995 | | Mag. Judge Marianne B. Bowler . ENDORSED ORDER as to Keith M. Pinson, Alexander Miranda, Phillip Edwards, Roselio Fortunato : granting [155-1] motion to extend time to 5/15/95 to file motions as to Alexander Miranda (3), granting [118-1] motion to extend time to 5/8/95 to file motions as to Keith M. Pinson (1), granting [117-1] motion to extend time to unspecified to file motions as to Roselio Fortunato (16), granting [115-1] motion to extend time to 5/12/95 to file motions as to Phillip Edwards (4). (efs) (Entered: 04/21/1995) |
| 05/02/1995 | 229 | NOTICE of status conference as to Keith M. Pinson, Robert Conley, Alexander Miranda, Phillip Edwards, Jose Sosa, Corey West, Troy West, Edward Elliot, Way Kenneth, Deborah Serret, Lauriston Edwards, Sandra Edwards, Spooky Thompson, Pamela McCullough, Robert Walker, Roselio Fortunato, Donald Cleveland, Devell Range, Thomas Morris, David Hall, William Farrior, Terrance Washington, Sonji Crowder, David Parker, Dino Gomes, John Santos, Raymond Melia, Leah Gomes, Steven Melia, William Blake, Dana Rogers, John Doe set for 5/19/95 @2PM before Judge Young , filed. (efs) Modified on 05/02/1995 (Entered: 05/02/1995) |

| | | |
|---|---|---|
| 05/02/1995 | | Status conference as to Keith M. Pinson, Robert Conley, Alexander Miranda, Phillip Edwards, Jose Sosa, Corey West, Troy West, Edward Elliot, Way Kenneth, Deborah Serret, Lauriston Edwards, Sandra Edwards, Spooky Thompson, Pamela McCullough, Robert Walker, Roselio Fortunato, Donald Cleveland, Devell Range, Thomas Morris, David Hall, William Farrior, Terrance Washington, Sonji Crowder, David Parker, Dino Gomes, John Santos, Raymond Melia, Leah Gomes, Steven Melia, William Blake, Dana Rogers, John Doe set at 2:00 5/19/95 for Keith M. Pinson, for Robert Conley, for Alexander Miranda, for Phillip Edwards, for Jose Sosa, for Corey West, for Troy West, for Edward Elliot, for Way Kenneth, for Deborah Serret, for Lauriston Edwards, for Sandra Edwards, for Spooky Thompson, for Pamela McCullough, for Robert Walker, for Roselio Fortunato, for Donald Cleveland, for Devell Range, for Thomas Morris, for David Hall, for William Farrior, for Terrance Washington, for Sonji Crowder, for David Parker, for Dino Gomes, for John Santos, for Raymond Melia, for Leah Gomes, for Steven Melia, for William Blake, for Dana Rogers, for John Doe . (efs) (Entered: 05/02/1995) |
| 05/10/1995 | 237 | MOTION by USA , as to Keith M. Pinson, Robert Conley, Alexander Miranda, Phillip Edwards, Jose Sosa, Corey West, Troy West, Edward Elliot, Way Kenneth, Deborah Serret, Lauriston Edwards, Sandra Edwards, Spooky Thompson, Pamela McCullough, Robert Walker, Roselio Fortunato, Donald Cleveland, Devell Range, Thomas Morris, David Hall, William Farrior, Terrance Washington, Sonji Crowder, David Parker, Dino Gomes, John Santos, Raymond Melia, Leah Gomes, Steven Melia, William Blake, Dana Rogers, John Doe to extend time to 5/19/95 to file response to motions , filed. (efs) (Entered: 05/11/1995) |
| 05/10/1995 | | Judge William G. Young . ENDORSED ORDER as to Keith M. Pinson, Robert Conley, Alexander Miranda, Phillip Edwards, Jose Sosa, Corey West, Troy West, Edward Elliot, Way Kenneth, Deborah Serret, Lauriston Edwards, Sandra Edwards, Spooky Thompson, Pamela McCullough, Robert Walker, Roselio Fortunato, Donald Cleveland, Devell Range, Thomas Morris, David Hall, William Farrior, Terrance Washington, Sonji Crowder, David Parker, Dino Gomes, John Santos, Raymond Melia, Leah Gomes, Steven Melia, William Blake, Dana Rogers, John Doe : granting [237-1] motion to extend time to 5/19/95 to file response to motions as to Keith M. Pinson (1), Robert Conley (2), Alexander Miranda (3), Phillip Edwards (4), Jose Sosa (5), Corey West (6), Troy West (7), Edward Elliot (8), Way Kenneth (9), Deborah Serret (10), Lauriston Edwards (11), Sandra Edwards (12), Spooky Thompson (13), Pamela McCullough (14), Robert Walker (15), Roselio Fortunato (16), Donald Cleveland (17), Devell Range (18), Thomas Morris (19), David Hall (20), William Farrior (21), Terrance Washington (22), Sonji Crowder (23), David Parker (24), Dino Gomes (25), John Santos (26), Raymond Melia (27), Leah Gomes (28), Steven Melia (29), William Blake (30), Dana Rogers (31), John Doe (32). (efs) (Entered: 05/11/1995) |

| | | |
|---|---|---|
| 05/12/1995 | 265 | Mag. Judge Marianne B. Bowler . ORDER entered for detention as to Keith M. Pinson, Robert Conley, Alexander Miranda, Jose Sosa, David Parker Bond set to NO BAIL for Keith M. Pinson; Bond set to NO BAIL for Robert Conley; Bond set to NO BAIL for Alexander Miranda; Bond set to NO BAIL for Jose Sosa; Bond set to NO BAIL for David Parker. (efs) (Entered: 05/15/1995) |
| 05/19/1995 | | Status conference as to Keith M. Pinson, Robert Conley, Alexander Miranda, Phillip Edwards, Jose Sosa, Corey West, Troy West, Edward Elliot, Way Kenneth, Deborah Serret, Lauriston Edwards, Sandra Edwards, Spooky Thompson, Pamela McCullough, Robert Walker, Roselio Fortunato, Donald Cleveland, Devell Range, Thomas Morris, David Hall, William Farrior, Terrance Washington, Sonji Crowder, David Parker, Dino Gomes, John Santos, Raymond Melia, Leah Gomes, Steven Melia, William Blake, Dana Rogers, John Doe held . (efs) (Entered: 05/22/1995) |
| 05/19/1995 | 281 | Judge William G. Young . CLERK'S NOTES as to Keith M. Pinson, Robert Conley, Alexander Miranda, Phillip Edwards, Jose Sosa, Corey West, Troy West, Edward Elliot, Way Kenneth, Deborah Serret, Lauriston Edwards, Sandra Edwards, Spooky Thompson, Pamela McCullough, Robert Walker, Roselio Fortunato, Donald Cleveland, Devell Range, Thomas Morris, David Hall, William Farrior, Terrance Washington, Sonji Crowder, David Parker, Dino Gomes, John Santos, Raymond Melia, Leah Gomes, Steven Melia, Dana Rogers, John Doe , re: trial date;Court Orders that the dfts have 10 days in which to file motions to sever. The motions that are now on file are Allowed provisionally. TheGovt is Ordered to Move for joinder;this motion should also state how long the case will take to try.After the govt has filed its Motion for joinder the court will rule on the Motions to Sever. The case in chief is expected to begin after the case of USA v. Stoller which is to be tried in October. The govt advises the court that there are many plea negotiations ongoing and the govt hopes that they will be successful in order to trim the case down to a manageable level. The Court ORDERS that the time between 5/19/95 and 11/1/95 is deemed excluded upon no opposition by the dfts and in the interest of justice. Court inquires as to any further questions and recesess when there are none. ; Court Reporter: Womack (efs) Modified on 05/22/1995 (Entered: 05/22/1995) |
| 05/19/1995 | 286 | MOTION by USA , as to Robert Conley, Phillip Edwards, Corey West, Troy West, Edward Elliot, Lauriston Edwards, Spooky Thompson, Pamela McCullough, Devell Range, William Farrior, David Parker, Leah Gomes, Dana Rogers, Keith M. Pinson, Alexander Miranda, Jose Sosa, Way Kenneth, Deborah Serret, Sandra Edwards to extend time to 5/24/95 to respond to motions , filed. (efs) (Entered: 05/22/1995) |
| 05/22/1995 | 282 | Judge William G. Young . ORDER ON EXCLUDABLE DELAY entered as to Keith M. Pinson, Robert Conley, Alexander Miranda, Phillip Edwards, Jose Sosa, Corey West, Troy West, Edward Elliot, Way |

| | | |
|---|---|---|
| | | Kenneth, Deborah Serret, Lauriston Edwards, Sandra Edwards, Spooky Thompson, Pamela McCullough, Robert Walker, Roselio Fortunato, Donald Cleveland, Devell Range, Thomas Morris, David Hall, William Farrior, Terrance Washington, Sonji Crowder, David Parker, Dino Gomes, John Santos, Raymond Melia, Leah Gomes, Steven Melia, Dana Rogers, John Doe . Time ordered excluded from 5/19/95 to 11/1/95. (efs) (Entered: 05/22/1995) |
| 05/23/1995 | 287 | Transcript of proceedings held on 3/30/95 hearing date: , as to Keith M. Pinson, Robert Conley, Alexander Miranda, Jose Sosa, David Parker , filed. (efs) (Entered: 05/23/1995) |
| 05/23/1995 | | Judge William G. Young . ENDORSED ORDER as to Keith M. Pinson, Robert Conley, Alexander Miranda, Phillip Edwards, Jose Sosa, Corey West, Troy West, Edward Elliot, Way Kenneth, Deborah Serret, Lauriston Edwards, Sandra Edwards, Spooky Thompson, Pamela McCullough, Robert Walker, Roselio Fortunato, Donald Cleveland, Devell Range, Thomas Morris, David Hall, William Farrior, Terrance Washington, Sonji Crowder, David Parker, Dino Gomes, John Santos, Raymond Melia, Leah Gomes, Steven Melia, William Blake, Dana Rogers, John Doe : granting [286-1] motion to extend time to 5/24/95 to respond to motions as to Keith M. Pinson (1), Robert Conley (2), Alexander Miranda (3), Phillip Edwards (4), Jose Sosa (5), Corey West (6), Troy West (7), Edward Elliot (8), Way Kenneth (9), Deborah Serret (10), Lauriston Edwards (11), Sandra Edwards (12), Spooky Thompson (13), Pamela McCullough (14), Devell Range (18), William Farrior (21), David Parker (24), Leah Gomes (28), Dana Rogers (31). (efs) (Entered: 05/23/1995) |
| 05/24/1995 | 305 | Consolidated RESPONSE by USA as to Robert Conley, Phillip Edwards, Corey West, Troy West, Edward Elliot, Lauriston Edwards, Spooky Thompson, Pamela McCullough, Devell Range, William Farrior, David Parker, Leah Gomes, Dana Rogers, Keith M. Pinson, Alexander Miranda, Jose Sosa, Way Kenneth, Deborah Serret, Sandra Edwards re: [284-1] motion for discovery, [235-1] motion for discovery and inspection and other relief, [232-1] motion for leave to file further motions, [231-1] motion for discovery, [230-1] motion for discovery and inspection, [212-1] motion for discovery, [172-1] motion for discovery and inspection , filed. (efs) (Entered: 05/26/1995) |
| 06/06/1995 | 363 | MOTION by Alexander Miranda to sever , filed. (efs) (Entered: 06/06/1995) |
| 06/06/1995 | 364 | MEMORANDUM by Alexander Miranda in support of [363-1] motion to sever (efs) (Entered: 06/06/1995) |
| 06/28/1995 | 404 | Notice of change of address for Henry Owens by Henry F. Owens III (efs) (Entered: 06/30/1995) |
| 07/05/1995 | 420 | Judge William G. Young . ORDER entered as to Keith M. Pinson, Robert Conley, Corey West, Troy West, Edward Elliot, Kenneth Way, Deborah Serret, Lauriston Edwards, Sandra Edwards, Spooky Thompson, Robert |

| | | |
|---|---|---|
| | | Walker, Roselio Fortunato, Donald Cleveland, Thomas Morris, David Hall, William Farrior, Terrance Washington, Sonji Crowder, David Flounory, John Santos, Steven Melia, John Doe :Rulings on the various discovery motions made by the dfts are entered on the Index of Dfts'Pretrial Motions;endorsements pertaining to each of the motions are incorporated thereon. cc/cl . (efs) (Entered: 08/01/1995) |
| 07/13/1995 | 408 | Supplemental Response by USA to Uniform Order on Automatic Discovery as to Keith M. Pinson, Robert Conley, Alexander Miranda, Phillip Edwards, Jose Sosa, Corey West, Troy West, Edward Elliot, Kenneth Way, Deborah Serret, Lauriston Edwards, Sandra Edwards, Spooky Thompson, Pamela McCullough, Robert Walker, Roselio Fortunato, Donald Cleveland, Devell Range, Thomas Morris, David Hall, William Farrior, Terrance Washington, Sonji Crowder, David Flounory, Dino Gomes, John Santos, Raymond Melia, Leah Gomes, Steven Melia, William Blake, Dana Rogers, John Doe , filed. (efs) (Entered: 07/13/1995) |
| 07/19/1995 | 410 | MOTION by Alexander Miranda for leave to file motions late , filed. (efs) (Entered: 07/21/1995) |
| 07/19/1995 | 411 | MOTION by Alexander Miranda for leave to file further motions , filed. (efs) (Entered: 07/21/1995) |
| 07/19/1995 | 412 | MOTION by Alexander Miranda for Bill of Particulars , filed. (efs) (Entered: 07/21/1995) |
| 07/19/1995 | 413 | MOTION by Alexander Miranda for exculpatory evidence , filed. (efs) (Entered: 07/21/1995) |
| 07/19/1995 | 414 | MEMORANDUM by Alexander Miranda in support of [413-1] motion for exculpatory evidence (efs) (Entered: 07/21/1995) |
| 07/19/1995 | 415 | MOTION by Alexander Miranda for discovery , and for Disclosure , filed. (efs) (Entered: 07/21/1995) |
| 07/19/1995 | 416 | MEMORANDUM by Alexander Miranda in support of [415-1] motion for discovery, [415-2] motion for Disclosure (efs) (Entered: 07/21/1995) |
| 07/27/1995 | 419 | MOTION by USA , as to Alexander Miranda to extend time to 8/4/95 to respond to motions of Miranda , filed. (efs) (Entered: 07/28/1995) |
| 08/03/1995 | 430 | RESPONSE by Alexander Miranda to Motion of US to extend time to file response , filed. (efs) (Entered: 08/31/1995) |
| 08/04/1995 | 431 | Assented to MOTION by USA , as to Alexander Miranda for entry of order disposing of Miranda's pretrial motions , filed. (efs) (Entered: 08/31/1995) |
| 10/20/1995 | 464 | arrest warrant returned executed as to Alexander Miranda on 3/24/95 . (dms) (Entered: 10/30/1995) |
| 01/05/1996 | 494 | Notice of change of address for Michael Avery by Michael Avery (dms) (Entered: 01/09/1996) |

| | | |
|---|---|---|
| 02/28/1996 | | Change of Plea Hearing as to Robert Conley, Alexander Miranda held . (efs) (Entered: 03/01/1996) |
| 02/28/1996 | 514 | Plea Agreement as to Alexander Miranda , filed. (efs) (Entered: 03/01/1996) |
| 02/28/1996 | | PLEA entered by Alexander Miranda . Court accepts plea. Guilty: Alexander Miranda (3) count(s) 1, 15, 114-117, 122 (efs) (Entered: 03/01/1996) |
| 02/28/1996 | 515 | Judge William G. Young . CLERK'S NOTES as to Robert Conley, Alexander Miranda , re: change of plea hearing; Dfts Sworn. Court conducts plea colloquy with the dfts. After hrg the Court accepts plea of Guilty fom Robert Conley on Counts 1,14,16,17,68-104 and Criminal Forfeiture 124 and as to ALexander Miranda Counts 1,15,114-117 and Criminal Forfeiture 122. The government agrees to Dismiss Criminal Forfeiture Count 122 as to Dft Conley at the time of sentencing. , set Sentencing for 2:00 5/13/96 for Robert Conley, for Alexander Miranda ; Court Reporter: Womack (efs) (Entered: 03/01/1996) |
| 04/17/1996 | | DISMISSAL of Count(s) on Government Motion as to Alexander Miranda . Counts Dismissed: Alexander Miranda (3) count(s) 122 (dms) (Entered: 04/23/1996) |
| 04/23/1996 | | CASE NO LONGER REFERRED TO Mag. Judge Marianne B. Bowler . (efs) (Entered: 04/23/1996) |
| 05/08/1996 | | Judge William G. Young . ENDORSED ORDER as to Keith M. Pinson, Robert Conley, Alexander Miranda, Phillip Edwards, Jose Sosa, Corey West, Troy West, Edward Elliot, Kenneth Way, Deborah Serret, Lauriston Edwards, Sandra Edwards, Spooky Thompson, Pamela McCullough, Robert Walker, Roselio Fortunato, Donald Cleveland, Devell Range, Thomas Morris, David Hall, William Farrior, Terrance Washington, Sonji Crowder, David Flounory, Dino Gomes, John Santos, Raymond Melia, Leah Gomes, Steven Melia, William Blake, Dana Rogers, John Doe : [431-1] motion for entry of order disposing of Miranda's pretrial motions as to Alexander Miranda (3), [419-1] motion to extend time to 8/4/95 to respond to motions of Miranda as to Alexander Miranda (3), [415-1] motion for discovery as to Alexander Miranda (3), [415-2] motion for Disclosure as to Alexander Miranda (3), [413-1] motion for exculpatory evidence as to Alexander Miranda (3), [412-1] motion for Bill of Particulars as to Alexander Miranda (3), [411-1] motion for leave to file further motions as to Alexander Miranda (3), [410-1] motion for leave to file motions late as to Alexander Miranda (3), [363-1] motion to sever as to Alexander Miranda (3). (efs) (Entered: 05/08/1996) |
| 05/13/1996 | | Sentencing held Robert Conley (2) count(s) 1, 14, 16-17, 68-104, 124, Alexander Miranda (3) count(s) 1, 15, 114-117 . (dms) (Entered: 05/22/1996) |

| | | |
|---|---|---|
| 05/13/1996 | 569 | Judge William G. Young . CLERK'S NOTES as to Robert Conley, Alexander Miranda , re: sentencing hearing; Court announces sentencing guideline calculations as to Alexander Miranda and Robert Conley. Court adopts the calculations. After hearing the Court imposes the following sentence: as to Alex Miranda-Imprisonment--151 months concurrent-counts 1,14,16,17,68-104,124--supervised release 5 years--fine 0--special assessment $300.00--Court recommends drug treatment while in custody--As to Robert Conley--Imprisonment 151 on each of counts 1,15,114-117--supervised release 5 years--fine $17,500.00--special assessment $2,050.00--Court recommends drug treatment; Court Reporter: Womack (dms) (Entered: 05/22/1996) |
| 05/14/1996 | 571 | Judge William G. Young . JUDGMENT entered Alexander Miranda (3) count(s) 1, 15 , 114 -117 . The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 151 months on each of counts 1,15,114-117, the sentence to run concurrent on each count one with the other. The Court makes the following recommendation to the Bureau of Prisons: Drug treatment program while in custody. Upon release from prison, the defendant shall be on supervised release for a term of 5 years. The Court imposes no fine or restitution. A special assessment of $300.00 to be paid immediateley. (dms) (Entered: 05/23/1996) |
| 05/23/1996 | | **JS3 Closing Card for Alexander Miranda Terminated Defendant Alexander Miranda (dms) (Entered: 05/23/1996) |
| 06/14/1996 | 581 | Notice of change of address for Matthew H. Feinberg by Matthew H. Feinberg (dms) (Entered: 06/18/1996) |
| 07/15/1996 | 582 | NOTICE of process receipt and return (Preliminary order of forfeiture) , filed. (dms) (Entered: 07/17/1996) |
| 08/02/1996 | | Judgment Returned Executed as to Alexander Miranda ; on 6/26/96. (dms) (Entered: 08/05/1996) |
| 08/08/1996 | 585 | NOTICE of claim of City of Boston , filed. (dms) (Entered: 08/14/1996) |
| 02/10/1997 | 598 | Transcript of proceedings held on 5/13/96 hearing date: before Judge: Young, as to Robert Conley, Alexander Miranda , filed. (dms) (Entered: 02/10/1997) |
| 03/20/1997 | 605 | NOTICE of process receipt and return (Motion for writ and order to vacate) for Cheryl Lewis dated 3/18/97, filed. (dms) (Entered: 03/21/1997) |
| 04/03/1997 | 608 | NOTICE of process receipt and return for Cheryl Lewis re: hearing by USA , filed. (dms) (Entered: 04/10/1997) |
| 04/22/1997 | 611 | Judge William G. Young . ORDER entered : granting [603-1] motion for writs and orders to vacate as to (tenant Cheryl Lewis) Robert Conley (2) . (efs) (Entered: 04/23/1997) |

| | | |
|---|---|---|
| 04/22/1997 | 612 | Judge William G. Young . ORDER entered :Judgment for Possession as to tenant Shirley Lee . (efs) (Entered: 04/23/1997) |
| 11/21/1997 | | Case closed as to all defendants, as to Keith M. Pinson, Robert Conley, Alexander Miranda, Phillip Edwards, Jose Sosa, Corey West, Troy West, Edward Elliot, Kenneth Way, Deborah Serret, Lauriston Edwards, Sandra Edwards, Spooky Thompson, Pamela McCullough, Robert Walker, Roselio Fortunato, Donald Cleveland, Devell Range, Thomas Morris, David Hall, William Farrior, Terrance Washington, Sonji Crowder, David Flounory, Dino Gomes, John Santos, Raymond Melia, Leah Gomes, Steven Melia, William Blake, Dana Rogers, John Doe (efs) (Entered: 11/21/1997) |
| 12/08/1997 | | Mail sent to Cheryl Lewis, returned by Post Office moved left no address. (dms) (Entered: 12/10/1997) |
| 01/07/1998 | | Mail sent to Cheryl Lewis, returned by Post Office Moved left no address. (dms) (Entered: 01/08/1998) |
| 02/18/1999 | | Mail sent to Cheryl Lewis, returned by Post Office forward expired. (mlb) (Entered: 02/23/1999) |
| 07/05/2007 | 644 | Probation Jurisdiction Transferred to District of Rhode Island as to Alexander Miranda. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Paine, Matthew) (Entered: 07/09/2007) |